AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Citizens for Responsibility and Ethics in Washington | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.    26-cv-998-BAH |
| U.S. Department of Homeland Security | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Citizens for Responsibility and Ethics in Washington                                                    .

Date:      04/02/2026

s/ Lauren C. Bingham
*Attorney's signature*

Lauren C. Bingham (D.C. Bar No. 90043462)
*Printed name and bar number*

P.O. Box 14596
Washington, DC 20044
*Address*

lbingham@citizensforethics.org
*E-mail address*

(202) 408-5565
*Telephone number*

(202) 508-5020
*FAX number*